IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Board of Trustees of Ohio Laborers' Fringe Benefit Program, | : | |
| | : | Civil Action 2:11-cv-00731 |
| Plaintiff | : | Judge Sargus |
| v. | : | Magistrate Judge Abel |
| M-Cor, Inc., | : | |
| Defendant | | |

## ORDER COMPELLING DISCOVERY
## IN AID OF JUDGMENT OR EXECUTION

Plaintiffs' September 27, 2012 motion for an order to compel discovery in aid of judgment or execution (doc. 14) is GRANTED.

It appearing that Defendant has failed to answer or otherwise appear in this action and that Defendant has been served with Interrogatories and Request for Production of Documents and a Notice of Deposition in aid of execution and has failed to timely respond, upon Motion of Plaintiffs, it is hereby ORDERED that, pursuant to Civil Rules 69 and 30, Defendant M-Cor, Inc., through an authorized officer, appear and submit to oral examination at the offices of Steven L. Ball, 1010 Old Henderson Road, Suite 1, Columbus, Ohio 43220, on a date and at such time as may be scheduled by Plaintiffs; and FURTHER ORDERED that Defendant respond to Plaintiffs' Interrogatories and Plaintiffs' Request for Production of Documents, under oath, within ten (10) days of this Order.

s/ Mark R. Abel
United States Magistrate Judge